No. 389. RANDLE *v.* UNITED STATES. October 21, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Robert H. McNeill* for petitioner.

No. 391. BARNOWSKI *v.* HUDSPETH, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Otto Barnowski, pro se.*

No. 390. McDONALD *v.* HUDSPETH, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Walter McDonald, pro se.*